**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Loranzo THOMAS, Defendant–Appellant.**

**No. 10–14319**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

Dec. 19, 2011.

Roberta Josephina Bodnar, Vincent Chiu, U.S. Attorney's Office, Orlando, FL, Todd B. Grandy, Robert E. O'Neill, David Paul Rhodes, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

John Stewart Mills, The Mills Firm, PA, Gregory J. Philo, Attorney at Law, Tallahassee, FL, Loranzo Thomas, Atlanta, GA, for Defendant–Appellant.

Before MARCUS, PRYOR and MARTIN, Circuit Judges.

PER CURIAM:

John S. Mills and Gregory Philo, appointed counsel for Loranzo Thomas in this direct appeal, have moved to withdraw from further representation of the appellant, and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Thomas's convictions and sentences are **AFFIRMED.**